IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3045 |
| | ) | |
| v. | ) | |
| | ) | |
| OMAR DE LAO OLIVEROS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The oral motion of counsel for defendant is granted and,

The deadline for filing objections to the report and recommendation (filing 23) is ten days after the filing of the transcript.

Dated June 27, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge