IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>  )<br>OMAR R. DE LAO OLIVEROS,  )<br>Defendant.  ) | CASE NO:  4:05cr3045<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant, OMAR R. DE LAO OLIVEROS, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

    Exhibit number(s):  101 - 109

    Hearing type(s):  Suppression Hearing

    Date of hearing(s): 6/8/2005

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

March 27, 2007.

                                              s/ Richard G. Kopf
                                              United States District Judge